929 A.2d 632

**Maurice JOHNSON, Appellant,**

**v.**

**PENNSYLVANIA DEPARTMENT OF CORRECTIONS,**
**Records Supervisor Thomas Rolands, Appellee.**

Supreme Court of Pennsylvania.

July 17, 2007.

## ORDER

PER CURIAM.

The Order of the Commonwealth Court is affirmed.

929 A.2d 632

**Gary GREEN, Petitioner,**

**v.**

**COURT OF COMMON PLEAS OF PHILADELPHIA**
**COUNTY, Respondent.**

**No. 72 EM 2007.**

Supreme Court of Pennsylvania.

July 17, 2007.

## ORDER

PER CURIAM.

**AND NOW,** this 17th day of July, 2007, the Application for Leave to File Original Process is granted. The Petition for Writ of Mandamus Relief and/or Extraordinary Relief is denied.